IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60124
Summary Calendar
_____


JACQUELINE PRUETT,

                                        Plaintiff-Appellant,

versus

JOYCE P. DUMAS, DAN CAMP, BILL WEEKS,
CATHERINE JONES, and DEBRA HICKS, individually,
and in their official capacities as members of the
Board of Trustees of the Starkville Mun. Separate
Sch. Dist.,

                                        Defendants-Appellees.


- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:95-CV-83-S-D
- - - - - - - - - - -
September 11, 1996
Before SMITH, DUHÉ, and BARKSDALE, Circuit Judge.

PER CURIAM:[*]

    Jacqueline Pruett appeals the district court's order

granting summary judgment for the defendants.  Pruett contends

that the defendants violated her substantive and procedural due

process rights in suspending her employment as a public school

teacher and in refusing to renew her annual contract.  We have

carefully reviewed the briefs and the record.  Essentially for

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

reasons stated by the district court, we hold that the district court did not err in granting summary judgment for the defendants.  <u>See</u> <u>Pruett v. Dumas</u>, 914 F. Supp. 133 (N.D. Miss. 1996).

AFFIRMED.